UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DEBORAH AYCOCK** | : | **CASE NO.  5:22-cv-04436** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **LIBERTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 24], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Deborah Aycock's voluntary motion to dismiss without prejudice [doc. 23] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 26th day of July, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE